# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN ROBERT GRAN,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | Case No. 1:18-cv-01745-DAD-SAB-HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO SEAL DOCUMENTS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Before the Court is Respondent's notice of request and request to file under seal two volumes of the state record—the Sealed Clerk's Transcript on Appeal pages 1–126 and the Confidential Clerk's Transcript on Appeal pages 1–247. Respondent states that the sealed volume was previously sealed by the state court as it contains confidential mental health information. The confidential volume was declared confidential and not reviewable unless by court order as it contains dates of birth and Petitioner's presentence probation report. (ECF No. 16).

Petitioner has not opposed Respondent's request to seal and the time for doing so has passed. See Local Rule 141(c).

1

Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. Respondent's request to seal is GRANTED; and
2. The Clerk of Court is DIRECTED to file under seal the Sealed Clerk's Transcript on Appeal pages 1–126 and the Confidential Clerk's Transcript on Appeal pages 1–247.

IT IS SO ORDERED.

Dated: **April 16, 2019**

UNITED STATES MAGISTRATE JUDGE