# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN ROBERT GRAN,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. 1:18-cv-01745-DAD-SAB-HC<br><br>ORDER DENYING REQUEST FOR SUBPOENA<br><br>(ECF No. 23) |

    Petitioner Dustin Robert Gran is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On April 26, 2019, Petitioner's father submitted an AO 89B form entitled "Subpoena to Produce Documents, Information, or Objects in a Criminal Case." (ECF No. 23). The Court has construed and docketed the submitted form as a request for subpoena. Petitioner's father has filled in the form as being is directed to the California Department of Corrections and Rehabilitation, California Men's Colony and requesting "[a]ll medical records, mental health records, psychotherapy notes, and any other medical or mental health documents, evaluations and exams related to the mental health of the Defendant/Petitioner." (Id.). It appears that Petitioner's father is attempting to obtain records to demonstrate that Petitioner cannot litigate the habeas petition on his own.

///

1

| | |
|---|---|
| 1 | The Court will deny the request for subpoena because leave of court is required to conduct discovery, and the Court has not authorized discovery in this proceeding. Rule 6, Rules Governing § 2254 Cases. |
| 4 | Accordingly, IT IS HEREBY ORDERED that the request for subpoena (ECF No. 23) is DENIED. |
| 7 | IT IS SO ORDERED. |
| 8 | Dated: **April 29, 2019** |

UNITED STATES MAGISTRATE JUDGE