| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DUSTIN ROBERT GRAN, | ) | Case No. 1:18-cv-01745 DAD-SAB-HC |
| | ) | |
| Petitioner, | ) | **APPLICATION AND** |
| | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner, Dustin Robert Gran, a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

On April 30, 2019, pursuant to this court's Order Regarding Appointment of Counsel and Referring Matter to Federal Public Defender's Office, attached is Petitioner's Financial Affidavit. Petitioner is in state custody at the California Men's Colony in San Luis Obispo, is indigent, and cannot afford to hire counsel.

Therefore, it is respectfully recommended that counsel be appointed.

DATED: April 30, 2019  /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court above, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **May 6, 2019**

_____
UNITED STATES MAGISTRATE JUDGE