# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN ROBERT GRAN,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. 1:18-cv-01745-DAD-SAB-HC<br><br>ORDER DENYING REQUEST TO UNSEAL DOCUMENTS<br><br>(ECF No. 21) |

Petitioner Dustin Robert Gran is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 22, 2019, Respondent filed a notice of request to file under seal two volumes of the state record as they contain confidential mental health information, dates of birth, and Petitioner's presentence probation report. (ECF No. 16). Petitioner did not file any opposition, and the Court granted the request to seal on April 16, 2019. (ECF No. 17).

On April 19, 2019, Petitioner's father filed an untimely opposition to the request to seal and requested that the Court unseal the two volumes of the state record. (ECF No. 21). However, Petitioner's father did not provide any basis for the request to unseal. In light of the appointment of counsel for Petitioner, (ECF No. 28), the Court will deny the request to unseal without prejudice to Petitioner and counsel renewing the request if they so choose.

///

1

Accordingly, IT IS HEREBY ORDERED that the request to unseal (ECF No. 21) is DENIED.

IT IS SO ORDERED.

Dated: **May 7, 2019**

_____
UNITED STATES MAGISTRATE JUDGE