# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN ROBERT GRAN,<br><br>    Petitioner,<br><br>    v.<br><br>JOSIE GASTELO,[1]<br><br>    Respondent. | Case No. 1:18-cv-01745-DAD-SAB-HC<br><br>ORDER GRANTING PETITIONER'S REQUEST TO SEAL DOCUMENTS<br><br>ORDER DIRECTING CLERK OF COURT TO SUBSTITUTE RESPONDENT |

Petitioner, represented by counsel, is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Before the Court is Petitioner's notice of request and request to file under the following documents: (1) Request to Seal Documents; (2) Proposed Order re: Request to Seal Documents; (3) Application for Limited Appointment of Co-Counsel; and (4) Proposed Order re: Application for Limited Appointment of Co-Counsel.

Respondent has not opposed Petitioner's request to seal and the time for doing so has passed. See Local Rule 141(c).

///

///

---

[1] Josie Gastelo is the current Warden of the California Men's Colony, where Petitioner is currently housed. (ECF No. 33 at 1). Accordingly, Josie Gastelo is substituted as Respondent in this matter. See Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996).

1

Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. Petitioner's request to seal is GRANTED;
2. The following documents shall be maintained under seal and *in camera*: (1) Request to Seal Documents; (2) Proposed Order re: Request to Seal Documents; (3) Application for Limited Appointment of Co-Counsel; and (4) Proposed Order re: Application for Limited Appointment of Co-Counsel; and
3. The Clerk of Court is DIRECTED to substitute Josie Gastelo as Respondent in this matter.

IT IS SO ORDERED.

Dated: **June 26, 2019**

UNITED STATES MAGISTRATE JUDGE