# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN ROBERT GRAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOSIE GASTELO,<br><br>　　　　Respondent. | Case No. 1:18-cv-01745-DAD-SAB-HC<br><br>ORDER GRANTING PETITIONER'S REQUEST TO SEAL DOCUMENTS |

　　　Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　Before the Court is Petitioner's notice of request and request to file under seal exhibits 4 through 11 of the first amended petition for writ of habeas corpus. Petitioner has not opposed Respondent's request to seal and the time for doing so has passed. See Local Rule 141(c).

///
///
///
///
///
///
///

1

Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. Petitioner's request to seal is GRANTED; and
2. The Clerk of Court is DIRECTED to file and maintain under seal exhibits 4 through 11 of the first amended petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated: **May 12, 2020**

UNITED STATES MAGISTRATE JUDGE