# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN ROBERT GRAN,<br><br>  Petitioner,<br><br>  v.<br><br>JOSIE GASTELO,<br><br>  Respondent. | Case No. 1:18-cv-01745-DAD-SAB-HC<br><br>ORDER GRANTING PETITIONER'S REQUEST TO SEAL DOCUMENTS |

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Before the Court is Petitioner's notice of request and request to file under seal the unredacted version of the motion for stay of proceedings and Exhibit A to said motion. Respondent has not opposed Petitioner's request to seal and the time for doing so has passed. See Local Rule 141(c).

///
///
///
///
///
///

1

Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. Petitioner's Request to Seal Documents is GRANTED; and
2. The Clerk of Court is DIRECTED to file and maintain under seal: (1) Unredacted Motion for Stay of Proceedings, and (2) Exhibit A to the Motion.

IT IS SO ORDERED.

Dated: **July 28, 2020**

UNITED STATES MAGISTRATE JUDGE