IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DUSTIN ROBERT GRAN,**<br><br>                                   Petitioner,<br><br>          v.<br><br>**JOSIE GASTELO,**<br><br>                                   Respondent. | Case No. 1:18-cv-01745-DAD-SAB<br><br>**ORDER GRANTING RESPONDENT'S REQUEST TO RESCHEDULE HEARING DATE**<br><br>**(ECF No. 57)** |

Considering Respondent's request, and good cause appearing, the hearing date on the pending motions is rescheduled to September 30, 2020, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **August 12, 2020**

_____
UNITED STATES MAGISTRATE JUDGE