# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN ROBERT GRAN,<br><br>    Petitioner,<br><br>  v.<br><br>JOSIE GASTELO,<br><br>    Respondent. | Case No. 1:18-cv-01745-DAD-SAB-HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO SEAL DOCUMENTS |

Before the Court is Respondent's notice of request and request to file under seal 1554 pages of Petitioner's prison mental health records. (ECF No. 59). Petitioner has not opposed Respondent's request to seal and the time for doing so has passed. See Local Rule 141(c).

Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. Respondent's request to seal is GRANTED; and
2. The Clerk of Court is DIRECTED to file under seal 1154 pages of Petitioner's prison mental health records.

IT IS SO ORDERED.

Dated:   **August 27, 2020**

UNITED STATES MAGISTRATE JUDGE