# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN ROBERT GRAN,<br><br>    Petitioner,<br><br>    v.<br><br>JOSIE GASTELO,<br><br>    Respondent. | Case No. 1:18-cv-01745-DAD-SAB-HC<br><br>ORDER CONTINUING HEARING ON RESPONDENT'S MOTION TO DISMISS, PETITIONER'S MOTION TO STAY, AND RESPONDENT'S COUNTER-MOTION TO DISMISS<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner, represented by counsel, is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Before the Court are Respondent's motion to dismiss, Petitioner's motion to stay, and Respondent's counter-motion to dismiss. (ECF Nos. 52, 54, 70). The motions are currently scheduled for hearing on September 30, 2020. However, as the counter-motion to dismiss was not filed until September 11, 2020, the current hearing date does not provide sufficient time for briefing. See Local Rule 230(b).

///

///

///

///

1

Accordingly, the Court HEREBY ORDERS:

1. The hearing on the pending motions is continued to October 23, 2020 at 9:30 a.m.;
2. An opposition or statement of non-opposition to Respondent's counter-motion to dismiss shall be filed on or before October 2, 2020; and
3. Any reply shall be filed on or before October 9, 2020.

IT IS SO ORDERED.

Dated: __**September 14, 2020**__

UNITED STATES MAGISTRATE JUDGE