UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN ROBERT GRAN,<br><br>Petitioner,<br><br>v.<br><br>JOSIE GASTELO,<br><br>Respondent. | 1:18-cv-01745-DAD-SAB-HC<br><br>**ORDER GRANTING PETITIONER'S REQUEST TO SEAL DOCUMENT** |

Before the Court is Petitioner's notice of request and request to file under seal Petitioner's Objections to Magistrate Judge's Findings and Recommendation. (ECF No. 87). Respondent has not opposed Petitioner's request to seal and the time for doing so has passed. See Local Rule 141(c).

Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. Petitioner's request to seal is GRANTED; and
2. The Clerk of Court is DIRECTED to file under seal Petitioner's Objections to Magistrate Judge's Findings and Recommendation.

IT IS SO ORDERED.

Dated:   **March 10, 2021**

UNITED STATES MAGISTRATE JUDGE