1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN ROBERT GRAN, | Case No. 1:18-cv-01745-KES-SAB-HC |
| Petitioner, | ORDER SETTING STATUS CONFERENCE |
| v. | ORDER DIRECTING PARTIES TO SUBMIT STATUS REPORTS |
| JOSIE GASTELO, | |
| Respondent. | |

Petitioner, represented by counsel, is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 23, 2022, the Court stayed this matter pending exhaustion of state judicial remedies. (ECF No. 91.) On December 5, 2025, the Court received Petitioner's most recent status report, which states: Petitioner's "state habeas petition, filed March 13, 2023 before the Madera County Superior Court, remains pending. The respondent filed an informal opposition on September 27, 2023. Gran filed an informal reply on January 24, 2024." (ECF No. 111 at 2.)

In light of the length of the stay in this matter, the Court HEREBY ORDERS:

1.  A status conference will be held on Friday, January 9, 2026, at 10:00 a.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone.[1]

---

[1] Please notify the Courtroom Deputy Clerk if counsel will be appearing via video so that a notation can be placed on the Court calendar. The Courtroom Deputy Clerk will provide counsel with the videoconference meeting ID and passcode/password.

1

1    2.   The parties SHALL FILE status reports on or before January 2, 2026.

2

3   IT IS SO ORDERED.

4   Dated:   __**December 11, 2025**__

5                                                    STANLEY A. BOONE
                                                     United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28