# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN ROBERT GRAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOSIE GASTELO,<br><br>　　　　　Respondent. | Case No. 1:18-cv-01745-KES-SAB-HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST FOR ENLARGEMENT OF TIME TO FILE STATUS REPORT<br><br>(ECF No. 114) |

On December 11, 2025, the Court ordered the parties to file status reports on or before January 2, 2026. (ECF No. 112.) On January 5, 2026, along with the status report, Respondent filed a request for a three-day enlargement of time because counsel inadvertently failed to calendar the deadline. (ECF No. 114.)

Respondent's request for enlargement of time (ECF No. 114) is GRANTED.

IT IS SO ORDERED.

Dated: **January 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge