# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN ROBERT GRAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JOSIE GASTELO,<br><br>　　　　Respondent. | Case No. 1:18-cv-01745-KES-SAB-HC<br><br>ORDER DIRECTING PARTIES TO SUBMIT JOINT STATUS REPORT ON FEBRUARY 1, 2027, VACATING REQUIREMENT THAT PETITIONER FILE STATUS REPORT EVERY NINETY DAYS, AND DIRECTING PETITIONER TO FILE STATUS REPORT IF FEDERAL CLAIMS BECOME MOOT |

　　　　Petitioner, represented by counsel, is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On June 23, 2022, the Court stayed this matter pending exhaustion of state judicial remedies and ordered Petitioner to file a status report within thirty days and every ninety days thereafter. (ECF No. 91.) On January 2, 2026, the Court received Petitioner's most recent status report, which states: Petitioner's "state habeas petition, filed March 13, 2023 before the Madera County Superior Court, remains pending. The respondent filed an informal opposition on September 27, 2023. Gran filed an informal reply on January 24, 2024. The superior court has taken no action since that date." (ECF No. 113 at 2.) On January 9, 2026, the Court held a status conference with the parties. (ECF No. 116.)

///

As discussed at the status conference, the Court HEREBY ORDERS that:

1. The parties SHALL FILE a joint status report on or before February 1, 2027;
2. The requirement that Petitioner file a status report every ninety days is VACATED; and
3. If, as a result of state court action, Petitioner's federal claims become partially or fully moot, Petitioner SHALL FILE a status report within thirty (30) days of the date of the state court's action.

IT IS SO ORDERED.

Dated:   **January 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2